T. B. Duncan v. The State.

No. 9311. Delivered June 10, 1925.

Transporting Intoxicating Liquor—Sentence Reformed.

No statement of facts nor bills of exception appearing in the record the cause is affirmed, and the sentence reformed to read that appellant shall be confined in the penitentiary not less than one year nor more than three years.

Appeal from the District Court of Houston County. Tried below before the Hon. Ben F. Dent, Judge.

Appeal from a conviction for transporting intoxicating liquor; penalty, three years in the penitentiary.

No brief filed for appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

HAWKINS, Judge.—Appellant is under conviction for transporting intoxicating liquor, his punishment being three years in the penitentiary.

The record contains neither statement of facts nor bills of exception. In such condition nothing is presented for review. However, we observe that the sentence fails to give appellant the benefit of the indeterminate feature under the provisions of Article 865a, C. C. P.

·The sentence will be reformed to read that appellant shall be confined in the penitentiary not less than one year nor more than three years.

As so reformed the judgment is affirmed.

*Judgment reformed and Affirmed.* ·